LITCHFIELD CONSTRUCTION COMPANY and Another v. CITY OF NEW YORK.— Motion denied, with leave to plaintiffs to move in the Court of Appeals to amend the remittitur so as to send back the question as to the granting of an extra allowance for reconsideration by this court of its discretion with respect thereto. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS A. LEVIN v. JAMES KELLY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

REDNALLOH REALTY CORPORATION v. FELIX HERZOG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RALPH E. WECHSLER v. JOHN HERALD and JOHN DOE and Others.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GRETTA GILFEDDER v. DAVID WERDENSCHLAG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN GILFEDDER v. DAVID WERDENSCHLAG.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENE SAXE v. HARRY RATNER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSALIE M. NALLY v. JAMES ARMSTRONG.— Motion to dismiss appeal dismissed, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH C. ZILKE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENE NEUMAIER, Plaintiff, v. IRVING MOCH, Respondent, and SIGMUND SCHEUER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENE NEUMAIER, Respondent, v. IRVING MOCH, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NEHEMIAH ROMM and Another, as Administrators of the Estate of ABRAHAM ROMM, Deceased, Respondents, v. NEHEMIAH FRIEDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB KRAMER and Another, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRVING W. KARPF, Appellant, v. EDWIN CLEMENTS and Another, Respondents, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER MARKOWITZ, Respondent, v. MAGDA FARKAS MARKOWITZ, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.